Reset Form    Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number **3:20-cv-306**, Case Name **Huguely v. Clarke**
Party Represented by Applicant: **George W. Huguely V**

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) **Jeffrey Matthew Harris**
Bar Identification Number **93883**    State **VA**
Firm Name **Consovoy McCarthy PLLC**
Firm Phone # **703-243-9423**    Direct Dial # **202-321-4120**    FAX # 
E-Mail Address **jeff@consovoymccarthy.com**
Office Mailing Address **1600 Wilson Blvd., Suite 700, Arlington, VA 22301**

Name(s) of federal court(s) in which I have been admitted **see attached**

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not **X** a full-time employee of the United States of America, and if so, request exemption from the admission fee.

/s/ Jeffrey M. Harris
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Bryan K. Weir          4/29/2020
(Signature)               (Date)
Bryan K. Weir             82787
(Typed or Printed Name)   (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED ✓ or DENIED _____

/s/
Henry E. Hudson
Senior United States District Judge

April 30, 2020
(Date)

Reset Form    Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 3:20-cv-306, Case Name George Wesley Huguely V v. Harold Clarke
Party Represented by Applicant: George Huguely

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Jordan Michael Call
Bar Identification Number 16010           State Utah
Firm Name Consovoy McCarthy
Firm Phone # 703-243-9423      Direct Dial # 801-644-3111      FAX # 
E-Mail Address jordan@consovoymccarthy.com
Office Mailing Address 1600 Wilson Blvd, Ste 700, Arlington VA 22209

Name(s) of federal court(s) in which I have been admitted District of Utah, Seventh Circuit

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ___ am not  X  a full-time employee of the United States of America, and if so, request exemption from the admission fee.

Jordan Call
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Bryan Weir                              4/29/20
(Signature)                                  (Date)
Bryan Weir                                   82787
(Typed or Printed Name)                      (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED ✓ or DENIED _____

/s/
Henry E. Hudson
Senior United States District Judge

April 30, 2020
(Date)