IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GEORGE WESLEY HUGUELY, V, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 3:20CV306–HEH |
| | ) |
| HAROLD W. CLARKE, | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM ORDER**
(Transferring Action to Western District of Virginia)

Petitioner, a Virginia prisoner proceeding with counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The conviction under challenge occurred in the Western District of Virginia. Therefore, in light of the substantial advantages in resolving federal habeas actions in the federal district court that is nearest to the site from whence the underlying state conviction arose, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 497–99 (1973), the Court will transfer this case to the Western District of Virginia.

Accordingly, it is hereby ORDERED:

1. That this action is FILED solely for the administrative convenience of the Clerk;

2. The action is TRANSFERRED to the United States District Court for the Western District of Virginia. The Clerk of this Court is directed to transfer all pleadings

2

filed in this case to the Clerk of the United States District Court for the Western District of Virginia.

The Clerk is DIRECTED to send a copy of the Memorandum Order to counsel of record.

It is so ORDERED.

/s/
HENRY E. HUDSON
SENIOR UNITED STATES DISTRICT JUDGE

Date: April 30, 2020
Richmond, Virginia