IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GEORGE WESLEY HUGUELY, V, | ) |
| | ) Case No. 7:20-cv-30021 |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) By: Hon. Norman K. Moon |
| HAROLD W. CLARKE, | ) Senior United States District Judge |
| | ) |
| Defendants(s). | ) |

Upon review of the record, it is now

**ORDERED**

that this petition for a writ of habeas corpus, pursuant to 28 U.S.C. §2254 is hereby

**REASSIGNED** to the docket of the Hon. Thomas T. Cullen, United States District Judge, for all further proceedings.

The Clerk is directed to send a copy of this order to the parties.

Enter: September 18, 2020.

/s/ NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE