IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GEORGE WESLEY HUGUELY V, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 7:20cv30021 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HAROLD W. CLARKE, | ) | By:   Hon. Thomas T. Cullen |
| | ) |        United States District Judge |
| Respondent. | ) | |

This matter is before the court on Respondent Harold W. Clarke's Motion to Dismiss (ECF No. 28.) For the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** that the Motion is **GRANTED IN PART and DENIED IN PART**. Specifically, the Motion is granted as to all claims *except* Claim I, the "dictionary claim." The court will hold an evidentiary hearing on that claim.

It is further **ORDERED** that the parties are to appear for a status conference on January 8, 2021, at 3:00 p.m. The court's scheduling deputy will contact counsel to make the necessary arrangements.

The clerk is directed to forward a copy of this Order to all counsel of record.

**ENTERED** this 21st day of December, 2020.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE