**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

<u>**George Wesley Huguely, V**</u>

**vs.**

<u>**Harold W. Clark**</u>

Action No:   7:20CV30021

Date:   1/8/2021

Judge:   Thomas T. Cullen

Court Reporter:   J. Meyer

Deputy Clerk:   C.Kemp

<u>Plaintiff Attorney(s)</u>

Jonathan Sheldon
Jeffrey Harris

<u>Defendant Attorney(s)</u>

Leah Darron
Alice Lloyd

PROCEEDINGS:
Parties present via Zoom for status conference regarding upcoming
evidentiary hearing.

Court address parties regarding procedures for evidentiary hearing
Comments from counsel
Comments from Court
Evidentiary hearing set for February 18-19 in Charlottesville
Adjourned

Time in Court:   3:01p.m.-3:30 p.m. (Total time 29 minutes)