UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| GEORGE WESLEY HUGUELY, V, | ) |
| Petitioner, | ) Civil Action No. 7:20cv30021 |
| v. | ) **ORDER** |
| HAROLD W. CLARKE, | ) By: Hon. Thomas T. Cullen |
| | ) United States District Judge |
| Respondent. | ) |

An evidentiary hearing in this case is scheduled for February 18, 2021, at 9:30 at the United States District Court in Charlottesville. The parties have informed the court of their intention to call witnesses and the court anticipates that members of the public, including Petitioner's friends and family, may wish to attend.

In view of the ongoing outbreak of COVID-19 in the Western District of Virginia, Charlottesville, and nationally, and as a measure to mitigate the risk of spread of the virus, and further considering the circumstances identified in the parties' status report—especially including the number of witnesses sought to be called at the hearing and the number of persons anticipated to attend on Petitioner's behalf—the Court finds it necessary and appropriate to limit occupancy in the courtroom to no more than twelve (12) members of the public, including Petitioner's family or friends. Four (4) seats in the courtroom will be reserved for Petitioner's friends and family and twelve (12) will be allocated to the general public on a first-come, first-serve basis.

The court recognizes the importance of public access to the courts and the entire

proceedings will be broadcast to the public over the Zoom.gov platform. The court finds that this compromise—restricting the number of those physically present in the courtroom while making live video of the proceedings publicly available—will properly serve and balance the relevant, but competing, interests of public access and public health.

    It is so **ORDERED**.

    The Clerk of Court is directed to send this Order to all counsel of record.

    **ENTERED** this 13th day of January, 2021.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE