UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GEORGE WESLEY HUGUELY | ) |
| Petitioner | ) Civil Action No. 7:20CV30021 |
| v. | ) **ORDER** |
| HAROLD CLARKE, | ) By: Hon. Thomas T. Cullen |
| | )     United States District Judge |
| Respondent. | ) |

Because the evidentiary hearing previously scheduled in-person for February 18, 2021 will now be conducted remotely on February 19, 2021, this court's prior order granting a writ of habeas corpus ad testificandum and ordering the transport of George Wesley Huguely [ECF No. 49] is VACATED.

**ENTERED** this 17th day of February, 2021.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE