UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GEORGE WESLEY HUGUELY, <br><br> Petitioner, <br><br> v. <br><br> HAROLD CLARKE, <br><br> Respondent. | Civil Action No. 7:20CV30021 <br><br> **ORDER** <br><br> By: Hon. Thomas T. Cullen <br> United States District Judge |

For the reasons stated from the bench at the February 19th evidentiary hearing and in the Court's earlier memorandum opinion [ECF No. 39], Huguely's petition for habeas corpus is DENIED.

The Court further finds, for the reasons explained in its memorandum opinion [ECF No. 39], that petitioner has failed to make a substantial showing of the denial of his constitutional rights as required by 28 U.S.C. § 2253(c)(1). Petitioner's motion for a certificate of appealability [ECF No. 73] is therefore DENIED.

Judgment is hereby entered for the Respondent. The Clerk is instructed to strike the case from the Court's active docket.

**ENTERED** this 26th day of February, 2021.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE