**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

| | |
|---|---|
| **GEORGE WESLEY HUGUELY, V**         ) | |
| Petitioner,         ) | |
| ) | |
| v.         ) | Civil No. 7:20cv30021 |
| ) | |
| **Harold W. Clarke, Director**         ) | |
| **Virginia Department of Corrections**         ) | |
| Respondent.         ) | |

## NOTICE OF APPEAL

Notice is hereby given that George Huguely hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment and order denying his 28 U.S.C. § 2254 petition for writ of habeas corpus. United States District Judge Thomas T. Cullen issued an opinion and order granting Respondent's motion to dismiss on several claims on December 21, 2020, *see* Dkt. 39, and entered final judgment on February 26, 2021. Dkt. 76. This notice is given and appeal is taken pursuant to Title 28 U.S.C. §§ 1291, 1294(1) and has been filed within 30 days after entry of final judgment. Fed. R. App. R. 4(a)(1)(A).

On February 26, 2021, the district court expressly denied a certificate of appealability in this matter. *See* Fed. R. App. R. 22(a)(1)(B) & Fourth Circuit Local Rule 22(a)(1)(B).

Respectfully submitted,

*/s/ Jonathan P. Sheldon*

| | |
|---|---|
| Jonathan P. Sheldon (VA Bar #66726) | Jeffrey M. Harris (VA Bar #93883) |
| Sheldon & Flood, PLC | Bryan K. Weir (VA Bar #82787) |
| 10621 Jones Street, Suite 301A | CONSOVOY MCCARTHY PLLC |
| Fairfax, VA 22030 | 1600 Wilson Boulevard, Suite 700 |
| (703) 691-8410 | Arlington, VA 22209 |
| jsheldon@sfhdefense.com | (703) 243-9423 |
| | jeff@consovoymccarthy.com |

Dated: March 23, 2021

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on 23rd day of March, 2021, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will serve by email a copy to:

LDarron@oag.state.va.us,
ALloyd@oag.state.va.us, and
oagcriminallitigation@oag.state.va.us

_____/s/_____
Jonathan Sheldon