FILED: March 25, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-6452
(7:20-cv-30021-TTC-RSB)

_____

GEORGE W. HUGUELY, V

       Petitioner - Appellant

v.

HAROLD W. CLARKE

       Respondent - Appellee

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Roanoke |
| Originating Case Number | 7:20-cv-30021-TTC-RSB |
| Date notice of appeal filed in originating court: | 03/23/2021 |
| Appellant(s) | George Wesley Huguely, V |
| Appellate Case Number | 21-6452 |
| Case Manager | Michael Radday<br>804-916-2702 |