FILED: October 5, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-6452
(7:20-cv-30021-TTC-RSB)
_____

GEORGE W. HUGUELY, V

    Petitioner - Appellant

v.

HAROLD W. CLARKE

    Respondent - Appellee

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wynn, Judge Floyd, and Judge Quattlebaum.

For the Court

/s/ Patricia S. Connor, Clerk